678 F.2d 830
 AMERICAN & FAR EASTERN TRADING COMPANY, a corporation,
Plaintiff-Appellee,
v.
SEA-LAND SERVICE, INC., a corporation, Defendant-Appellant.
 No. 80-4428.
 United States Court of Appeals,
Ninth Circuit.
 Argued and Submitted Jan. 11, 1982.
Decided June 3, 1982.
 
 Appeal from the United States District Court for the Northern District of California; William W Schwarzer, District Judge.
 Francis L. Tetreault, Graham & James, San Francisco, Cal., for defendant-appellant.
 John E. Droeger, Hall, Henry, Oliver & McReavy, San Francisco, Cal., for plaintiff-appellee.
 ORDER
 Before BROWNING, Chief Judge; SKOPIL and NORRIS, Circuit Judges.
 
 
 1
 For the reasons stated in the opinion of the district court, American & Far Eastern Trading Company v. Sea-Land Service, Inc., 493 F.Supp. 125 (N.D.Cal.1980), the judgment is affirmed.